1  DAN SIEGEL, SBN 56400
   SARA BELADI, SBN 348987
2  SIEGEL, YEE, BRUNNER & MEHTA
   475 14th Street, Suite 500
3  Oakland, California 94612
   Telephone: (510) 839-1200
4  Facsimile: (510) 444-6698

5
   Attorneys for Plaintiff
6  THUY THI NGUYEN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THUY THI NGUYEN, | Case No. 5:23-cv-02139-NC |
| Plaintiff. | **NOTICE OF SETTLEMENT** |
| vs. | |
| FOOTHILL DE ANZA COMMUNITY COLLEGE DISTRICT, JUDY MINER, PATRICK AHRENS, LAURA CASAS, PEARL CHENG, PETER LANDSBERGER, and GILBERT WONG, | |
| Defendants. | |

Plaintiff Thuy Thi Nguyen hereby notifies the Court that the parties have reached a settlement in this case. The parties will file a stipulation to dismiss the action with prejudice upon the execution of the settlement documents.

Dated: July 25, 2024

                                          SIEGEL, YEE, BRUNNER & MEHTA

                                          By: */s/ Dan Siegel*
                                                Dan Siegel

                                          Attorneys for Plaintiff
                                          THUY THI NGUYEN