DAN SIEGEL, SBN 56400
SARA BELADI, SBN 348987
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
THUY THI NGUYEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THI NGUYEN, | Case No. 5:23-cv-02139-NC |
| Plaintiff. | **ORDER GRANTING STIPULATION OF DISMISSAL** |
| vs. | |
| FOOTHILL DE ANZA COMMUNITY COLLEGE DISTRICT, JUDY MINER, PATRICK AHRENS, LAURA CASAS, PEARL CHENG, PETER LANDSBERGER, and GILBERT WONG, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties stipulate to the voluntary dismissal with prejudice of all claims of plaintiff Thuy Thi Nguyen.

Dated: July 25, 2024

Respectfully submitted

SIEGEL, YEE, BRUNNER & MEHTA

By:  */s/ Dan Siegel*
    Dan Siegel

Attorneys for Plaintiff
THUY THI NGUYEN

---

*Nguyen v. Foothilll De Anza Community College District, et al.,* No. 5:23-cv-2139-NC
Stipulation of Dismissal – 1

Dated: 8/26/2024

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: /s/ *Corey C. Wilson*
    Eugene B. Elliot
    Ethan M. Lowry
    Corey C. Wilson
    Attorneys for Defendants
    FOOTHILL DE ANZA COMMUNITY COLLEGE DISTRICT, JUDY MINER, PATRICK AHRENS, LAURA CASAS, PEARL CHENG, PETER LANDSBERGER, and GILBERT WONG

---

*Nguyen v. Foothilll De Anza Community College District, et al.,* No. 5:23-cv-2139-NC
Stipulation of Dismissal – 2

## ELECTRONIC CASE FILING ATTESTATION

I, Corey C. Wilson hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: August 26, 2024            BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                         _____*/s/ Corey C. Wilson*_____
                                Corey C. Wilson

---

*Nguyen v. Foothilll De Anza Community College District, et al.,* No. 5:23-cv-2139-NC
Stipulation of Dismissal – 1

**ORDER**

GOOD CAUSE APPEARING, the above entitled action is hereby dismissed with prejudice.

Dated: August 26, 2024

_____
United Sta...



*Nguyen v. Foothilll De Anza Community College District, et al.,* No. 5:23-cv-2139-NC
Stipulation of Dismissal – 1